## PRUITT v. STATE. (No. 11122.)

Court of Criminal Appeals of Texas. Nov. 9, 1927.

Criminal law ⬤➡1090(1)—Bills of exception held not reviewable, in absence of statement of facts.

Bills of exception *held* not reviewable by Court of Criminal Appeals, in absence of statement of facts.

Appeal from District Court, Wilbarger County; Robert Cole, Judge.

M. D. Pruitt was convicted for the theft of personal property of the value of more than $50 and he appeals. Affirmed.

A. G. Walker, of Vernon, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft of personal property in value of more than $50.

No statement of facts is found in the record. The bills of exception cannot be appraised in the absence of the facts.

The judgment is affirmed.